# Court of Appeals
# of the State of Georgia

ATLANTA,  April 29, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1370. CHRISTY LESCOTA-GRAILER v. SHANON DEL JONES.**

Following their divorce, Christy Lescota-Grailer and Shanon Del Jones frequently litigated issues related to custody and child support.[1] Following remand of the most recent appeal, the trial court entered an order on February 5, 2021, finding Lescota-Grailer in contempt for failure to pay child support and attorney fees and awarding Jones attorney fees pursuant to OCGA § 9-15-14 (b). Lescota-Grailer then filed this appeal. The trial court's order, however, is not subject to direct appeal.

Appeals from orders in domestic relations cases, including orders holding or declining to hold persons in contempt, must be pursued by discretionary application. See OCGA § 5-6-35 (a) (2).[2] Similarly, appeals from awards of attorney fees and litigation expenses under OCGA § 9-15-14 must be made by discretionary application, not direct appeal. See OCGA § 5-6-35 (a) (10). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Res.*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).

---

[1] See *Grailer v. Jones*, 349 Ga. App. 625 (824 SE2d 118) (2019); Case Nos. A20D0031 (Sept. 5, 2019); A16A0520 (June 8, 2016).

[2] Although OCGA § 5-6-34 (a) (11) permits a direct appeal from child custody rulings issued in child custody cases, the February 5 order does not include any child custody rulings. Accordingly, this appeal does not fall within the scope of OCGA § 5-6-34 (a) (11). See *Voyles v. Voyles*, 301 Ga. 44, 47 (799 SE2d 160) (2017).

Lescota-Grailer's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*  04/29/2021

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*